Fraccola v 1st Choice Realty, Inc. (2024 NY Slip Op 00503)

Fraccola v 1st Choice Realty, Inc.

2024 NY Slip Op 00503

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, AND GREENWOOD, JJ.

44 CA 23-01445

[*1]ALBERT G. FRACCOLA, JR., INDIVIDUALLY, AND ON BEHALF OF 1ST CHOICE REALTY, INC., PLAINTIFF-APPELLANT,
v
1ST CHOICE REALTY, INC., DEFENDANT, GETNICK, LIVINGSTON, ATKINSON, GIGLIOTTI AND PRIORE, LLP, AND THE ESTATE OF PHYLLIS FRACCOLA, DECEASED, DEFENDANTS-RESPONDENTS. 

ALBERT G. FRACCOLA, JR., PLAINTIFF-APPELLANT PRO SE. 
GETNICK LIVINGSTON ATKINSON & PRIORE, LLP, UTICA (JEFFERY T. LOTTERMOSER, JR., OF COUNSEL), FOR DEFENDANT-RESPONDENT GETNICK, LIVINGSTON, ATKINSON, GIGLIOTTI AND PRIORE, LLP. 
PETER M. HOBAICA, LLC, UTICA (PETER M. HOBAICA OF COUNSEL), FOR DEFENDANT-RESPONDENT THE ESTATE OF PHYLLIS FRACCOLA, DECEASED. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Scott J. DelConte, J.), entered April 6, 2023. The order and judgment, among other things, granted the motion of defendant Getnick, Livingston, Atkinson, Gigliotti and Priore, LLP, and the cross-motion of defendant Estate of Phyllis Fraccola to dismiss the complaint against them and dismissed the complaint against them. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed with costs for reasons stated in the decision at Supreme Court.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court